IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CR-00085-BCW-1 |
| | ) | |
| BRANDON R. HAYWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Lajuana M. Counts' Report and Recommendation (Doc. #49) concerning Defendant's competency to stand trial.

On April 25, 2023, Defendant was indicted on Count One, Possession With Intent to Distribute Cocaine; Count Two, Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and Count Three, Felon in Possession of a Firearm. (Doc. #1). On May 7, 2024, defense counsel filed a motion for mental examination of the Defendant to determine mental competency. (Doc. #39). On May 21, 2024, the Court ordered that defendant Haywood undergo a psychiatric or psychological examination. (Doc. #42). As a result, Defendant was examined at the Federal Detention Center in Houston, Texas, and on August 7, 2024, a forensic Evaluation was filed with the Court. (Doc. #46).

On August 22, 2024, Judge Lajuana M. Counts filed the instant Report and Recommendation. (Doc. #49). The deadline to file objections has passed and Defendant has not filed any objections. The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendations be attached to and made part of this Order (Doc. #49). It is further

1

ORDERED the Court has found, for the reasons stated in the Report and Recommendation, that Defendant Brandon Haywood is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

IT IS SO ORDERED.

Dated: September 12, 2024           /s/ Brian C. Wimes
                                    JUDGE BRIAN C. WIMES
                                    UNITED STATES DISTRICT COURT