IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-CR-00085-BCW-1 |
| BRANDON R. HAYWOOD, | ) |
| Defendant. | ) |

## ORDER

Before the Court are Magistrate Judge Lajuana M. Counts' Report and Recommendation (Doc. #87), Defendant's motion to suppress evidence (Doc. #58), and Defendant's amended motion to suppress evidence (Doc. #70).

On April 25, 2023, Defendant was indicted on Count One, Possession With Intent to Distribute Cocaine; Count Two, Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and Count Three, Felon in Possession of a Firearm. (Doc. #1). Defendant moves to suppress all evidence and testimony obtained as a result of the search of the center console of the 2014 Ford Mustang. (Doc. #70). On December 18, 2024, Judge Counts held an evidentiary hearing on Defendant's amended motion to suppress evidence. (Doc. #73). On January 24, 2025, Judge Counts issued the instant Report and Recommendation. (Doc. #87). On January 30, 2025, Defendant filed objections to the Report and Recommendation. (Doc. #92).

The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order (Doc. #87). It is further

1

ORDERED Defendant's motion to suppress evidence (Doc. #58) is DENIED AS MOOT for the reasons stated in the Report and Recommendation. It is further

ORDERED Defendant's amended motion to suppress (Doc. #70) is DENIED for the reasons stated in the Report and Recommendation.

IT IS SO ORDERED.

Dated: February 3, 2025                    /s/ Brian C. Wimes
                                           JUDGE BRIAN C. WIMES
                                           UNITED STATES DISTRICT COURT