IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-00085-01-CR-W-BCW |
| ) | |
| BRANDON R. HAYWOOD, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 25, 2023, the Grand Jury returned a three-count Indictment charging Defendant Brandon R. Haywood with possession with intent to distribute cocaine (Count One), possession of a firearm in furtherance of a drug trafficking crime (Count Two), and being a felon in possession of a firearm (Count Three).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Ashleigh Anna Ragner and Jessica L. Jennings
        Case Agent: Detective Todd Winborn, Independence, Missouri Police Department
      Defense: F. A. White, Jr. and Blade Moore

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: None at this time. Defense counsel intends to file a motion in limine. The Government requests that if such a motion is filed, the motion be ruled prior to trial.

**TRIAL WITNESSES**:
      Government: 8 with stipulations; 10 without stipulations
      Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
      Government: approximately 50 exhibits
      Defendant: approximately 5 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Possibly for trial (leaning toward probably); ( ) Likely a plea will be worked out

**TRIAL TIME: 2-3 days total**
    Government's case including jury selection: 2½ days
    Defendant: 1/2 day

**STIPULATIONS**: The parties are discussing stipulations and anticipate some.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #18):

**Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**
    Government's Amended Proposed Witness List filed February 3, 2025 (Doc. #99)
    Government's Proposed Exhibit List filed January 28, 2025 (Doc. #89)
    Defendant's Proposed Witness List filed January 30, 2025 (Doc. #94) (by prior counsel)
    Defendant's Proposed Exhibit List filed January 30, 2025 (Doc. #93) (by prior counsel)

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for September 15, 2025.

Normal jury panel: Normal jury panel should be sufficient, but it may be impacted by the ruling on the above referenced motion in limine to be filed by the defense and whether there are any stipulations to such.

**Please note:** The parties prefer the second week of the trial docket due to the Government's counsel's unavailability in the first week of the docket.

**IT IS SO ORDERED.**

                */s/ Lajuana M. Counts*
                Lajuana M. Counts
                United States Magistrate Judge